

# Fourth Court of Appeals
## San Antonio, Texas

July 30, 2025

No. 04-25-00336-CR

Michael Adam **KOZITSKI**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2024CR012870
Honorable Frank J. Castro, Judge Presiding

**ORDER**

Sitting:      Adrian A. Spears II, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

In accordance with this court's memorandum opinion of this date, the appeal is
DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 30, 2025.

_____
Adrian A. Spears II, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 30th day of July, 2025.

_____
Caitlin A. McCamish, Clerk of Court